### Harris *v.* The State.

*Simmons, C. J.*—There was no abuse of discretion in overruling the motion for a continuance. The newly discovered evidence was not such as ought to have produced a different result. The evidence for the State warranted the verdict, and there was no error in denying a new trial.     *Judgment affirmed.*
February 7, 1896.

Indictment for misdemeanor. Before Judge Harris. Meriwether superior court. August term, 1895.

*McLaughlin & Jones*, for plaintiff in error. *T. A. Atkinson,* solicitor-general, by *J. M. Terrell*, contra.